UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PREDRAG DIMITRI DIMITROV
THOMPSON,

        Plaintiff,

    v.

RESURGENT CAPITAL SERVICES L.P.,
et al.,

        Defendants.

Case No. 26-cv-03450-AMO

**ORDER GRANTING MOTION FOR
LEAVE TO FILE SECOND AMENDED
COMPLAINT**

Re: Dkt. No. 10

Before the Court is pro se Plaintiff Predrag Dimitri Dimitrov Thompson's motion for leave to file a second amended complaint. Good cause appearing, the motion is **GRANTED**. The Clerk shall file Exhibit A to the motion, Dkt. No. 10 at 5-11, as the second amended complaint. The document currently filed as the second amended complaint, Dkt. No. 8, is **STRICKEN**, as it appears to have been filed before Plaintiff sought leave of Court.

    **IT IS SO ORDERED.**

Dated: 7/8/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**