FILED
OCT 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Predrag Dimitri Dimitrov Thompson
491 Staten Avenue, Apt. 14
Oakland, CA 94610
Telephone: (510) 325-2952
Email: dimitrifromlondon@hotmail.com
Plaintiff, pro se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PREDRAG DIMITRI DIMITROV THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES LP and LVNV FUNDING LLC,<br><br>Defendants. | Case No. 3:26-cv-03450-JD<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [~~PROPOSED~~] ORDER<br><br>Judge: Hon. James Donato |

Plaintiff Predrag Dimitri Dimitrov Thompson ("Plaintiff") and Defendants Resurgent Capital Services LP and LVNV Funding LLC ("Defendants"), the only parties who have appeared in this action, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. This entire action, including all claims asserted by Plaintiff against Defendants, is dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 23, 2026
By: ______________________
Predrag Dimitri Dimitrov Thompson
Plaintiff, pro se

Dated: October 21, 2026
YU MOHANDESI LLP
By: *___/s/ Ben Mohandesi*
Ben Mohandesi [State Bar No. 214921]

Attorneys for Defendants
Resurgent Capital Services LP and LVNV Funding LLC

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, whose electronic signature appears above.

Dated: October 23, 2026

______________________________
Predrag Dimitri Dimitrov Thompson

# ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action, including all claims asserted by Plaintiff against Defendants Resurgent Capital Services LP and LVNV Funding LLC, is DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: Nov. 4, 2026

Hon. James Donato
United States District Judge